VANDYKE AND VANDYKE COAL COMPANY; Old Republic Insurance Company, Petitioners,

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; Jearldine Whited, Respondents.

No. 04–1886.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 23, 2004.

Decided: Jan. 12, 2005.

Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig LLP, Washington, D.C., for Petitioners.

Howard M. Radzely, Solicitor of Labor, Donald S. Shire, Associate Solicitor, Christian P. Barber, for Appellate Litigation.

Rita Roppolo, United States Department of Labor, Washington, D.C., for Respondent Director.

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioners seek review of the Benefits Review Board's (Board) decision and order

and its decision and order on reconsideration affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901–45 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Vandyke & Vandyke Coal Co. v. Dir., Office of Workers' Comp. Programs,* No. 03–305–BLA (BRB Dec. 18, 2003; May 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*